UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60472-DIMITROULEAS

THE LEARNING EXPERIENCE SYSTEMS,
LLC, *et al.*,

    Plaintiffs,
v.

WISDOM CHILD EDUCATION LLC, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; DENYING MOTION TO DISMISS; GRANTING CLARIFICATION; DENYING MOTION TO STAY

THIS CAUSE is before the Court on the Defendants' Motion to Dismiss and/or Enforce Settlement Agreement [DE 10], the Report and Recommendation of Magistrate Judge Lurana Snow [DE 26], issued on May 17, 2021, and the Unopposed Motion for Clarification of Deadline or Motion for Extension of time in the Alternative [DE 30].

The Court notes that no objections to the Report [DE 26] have been filed, and , in their Unopposed Motion for Clarification [DE 30], Defendants state that they do not intend to file objections to the Report [DE 26]. As no objections were filed, the Magistrate Judge's factual findings in the Report [DE 26] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Although no objections were filed, the Court has conducted a *de novo* review of the Report [DE 26] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

The Court will grant Defendants' Unopposed Motion for Clarification [DE 30] and order that Defendants shall file their answer to the complaint on or before June 15, 2021.

Further, the Court will deny Defendants' pending Motion to Stay Discovery [DE 24] which requested that the Court stay discovery until the pending Motion to Dismiss was resolved by the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 26] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion to Dismiss [DE 10] is **DENIED;**

3. Unopposed Motion for Clarification [DE 30] is **GRANTED**; Defendants shall file their answer to the Complaint on or before **June 15, 2021;**

4. Defendants' Motion to Stay Discovery [DE 24] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of May, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Snow